**No. 65914.**—Fastening Devices, Inc. *v.* United States, protest 59/16103 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of studs similar in all material respects to those the subject of *Fastening Devices et al.* v. *United States* (40 Cust. Ct. 345, C.D. 2004), the claim of the plaintiff was sustained.